UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Group 1 Automotive, Inc., et al.,

          Plaintiff(s),            Case No. 20-cv-11261

v.            Honorable Bernard A. Friedman

Kayaba Industry Co., Ltd. d/b/a KYB Corporation,      Magistrate Judge Michael J. Hluchaniuk
et al.,

          Defendant(s).
                                          /

**ORDER REGARDING REASSIGNMENT OF COMPANION CASE**

        This case appears to be a companion case to Case No. 12-md-02311. Pursuant to E.D. Mich LR 83.11, the Clerk is directed to reassign this case to the docket of the Honorable Marianne O. Battani and Magistrate Judge Mona K. Majzoub.

                                            s/Bernard A. Friedman
                                            Bernard A. Friedman
                                            United States District Judge

                                            s/Marianne O. Battani
                                            Marianne O. Battani
                                            United States District Judge

        Pursuant to this order, case assignment credit will be given to the appropriate Judicial Officers.
        Case type: CIVIL

        If the District Judge assigned to the companion case is located at another place of holding court, the office code will be changed accordingly.

Date: May 28, 2020                        s/N. Ahmed
                                                          Deputy Clerk

cc:    Parties and/or counsel of record
       Honorable Marianne O. Battani